WILLIAM DOWD, Respondent, *v.* TUG THOMAS A. FEENEY CORP.
et al., Appellants.

Argued January 7, 1948; decided March 5, 1948.

*Frank C. Mason* for appellants.
*Jacquin Frank* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.